No. 73–6612.   ROSA v. UNITED STATES.   C. A. 2d Cir. Certiorari denied.

No. 73–6616.   ANGEL v. COINER, WARDEN.   C. A. 4th Cir.   Certiorari denied.

No. 73–6624.   BROWN v. UNITED STATES.   C. A. 2d Cir.   Certiorari  denied.

No. 73–6625.   COULTER v. UNITED STATES.   Ct. Cl. Certiorari denied.

No. 73–6632.   RIMKA v. UNITED STATES.   C. A. 6th Cir.   Certiorari denied.

No. 73–6634.   CONLON ET AL. v. UNITED STATES.   Ct. Cl.   Certiorari denied.

No. 73–6635.   THOMPSON v. UNITED STATES.   C. A. 9th Cir.   Certiorari denied.

No. 73–6638.   MITCHELL v. OHIO.   Ct. App. Ohio, Hamilton County.   Certiorari denied.

No. 73–6640.   WEAVER v. UNITED STATES.   C. A. 5th Cir.   Certiorari  denied.

No. 73–6643.   McNELLIS v. UNITED STATES; and
No. 73–6887.   MILLETTE v. UNITED STATES.   C. A. 2d Cir.   Certiorari denied.   Reported below: 493 F. 2d 1399.

No. 73–6648.   ERVIN v. UNITED STATES.   C. A. 5th Cir.   Certiorari denied.

No. 73–6651.   SIMS v. UNITED STATES; and
No. 73–6731.   SEALS v. UNITED STATES.   C. A. 4th Cir.   Certiorari  denied.   Reported  below:  492  F.  2d 1240.